UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROC-A-FELLA RECORDS, INC.,

           PLAINTIFF,

-AGAINST-

DAMON DASH,

           DEFENDANT.

Case No.  1:21-cv-5411

**ORDER TO SHOW CAUSE AND**
**<u>TEMPORARY RESTRAINING ORDER</u>**

      Upon the Complaint dated June 18, 2021, the Memorandum of Law dated June 18, 2021, and the Declaration of Shawn Carter a/k/a Jay-Z dated June 18, 2021, Defendant is hereby ORDERED TO SHOW CAUSE before a motion term of this Court, at Room __, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on the ___ day of _____, 2021, at ___ o'clock in the ____ of that day, or as soon as the parties to this proceeding may be heard why an Order should not be issued under Rule 65 of the Federal Rules of Civil Procedure enjoining Defendant from altering in any way, selling, assigning, pledging, encumbering, contracting with regard to, or in any way disposing of any property interest in *Reasonable Doubt*, including its copyright and including through any means, such as auctioning a non-fungible token ("NFT") reflecting such interests, pending a final determination of the above-captioned lawsuit.  Sufficient reason appearing therefore, it is hereby

ORDERED that, pending a determination on Plaintiff's Order to Show Cause, Defendant, all those in active concert with him, and all persons having notice of this Order by personal service or otherwise, be and the same hereby are RESTRAINED AND ENJOINED from altering in any way, selling, assigning, pledging, encumbering, contracting with regard to, or in any way disposing of any property interest in *Reasonable Doubt*, including its copyright and including through any means, such as auctioning a non-fungible token ("NFT") reflecting such interests.

Sufficient reason appearing therefore, let service of a copy of this Order and a copy of the papers on which it is granted be made upon Defendant's attorneys by the ___ day of _____, 2021, be deemed good and sufficient service. Defendant shall have until the ___ day of _____, 2021, to file and deliver answering papers to the attorneys for Plaintiff, and Plaintiff shall have until the ___ day of _____, 2021, to file and deliver reply papers to the attorneys for Defendant.

Dated: New York, New York
       June ____, 2021

                                                     Judge,
                                                     U.S. District Court for the Southern District of New York