UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
: 
ROC-A-FELLA RECORDS, INC., :
:
Plaintiff, :
:     21-CV-5411 (JPC)
-v- :
:     ORDER
DAMON DASH, :
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiff Roc-A-Fella Records, Inc.'s proposed order to show cause with emergency relief, Dkt. 5, memorandum of law in support of Plaintiff's proposed order, Dkt. 6, and the Declaration of Shawn Carter a/k/a Jay-Z in support of Plaintiff's proposed order, Dkt. 7. Plaintiff requests an order to show cause, preliminary injunction, and temporary restraining order against Defendant Damon Dash.

The Court will hold a conference to address these requests on June 21, 2021 at 3:00 p.m. At the scheduled time, counsel for Plaintiff and any other parties should call (866) 434-5269, code 9176261.

Plaintiff shall serve a copy of this Order on any currently known counsel for Defendant by June 21, 2021 at 1:00 p.m.

    SO ORDERED.

Dated: June 21, 2021
      New York, New York       _____
                                     JOHN P. CRONAN
                              United States District Judge