UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROC-A-FELLA RECORDS, INC.,

        Plaintiff,

-v-

DAMON DASH,

        Defendant.

---

21-CV-5411 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The conference scheduled for June 21, 2021 at 3:00 p.m. is adjourned to June 22, 2021 at 9:30 a.m. At the scheduled time, counsel for Plaintiff and any other parties should call (866) 434-5269, code 9176261.

Plaintiff shall serve a copy of this Order on any currently known counsel for Defendant by June 21, 2021 at 3:00 p.m.

    SO ORDERED.

Dated: June 21, 2021
       New York, New York

                                     JOHN P. CRONAN
                              United States District Judge