UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

ROC-A-FELLA RECORDS, INC.,

                      Plaintiff,

      -against-

DAMON DASH,

                      Defendant.
-----------------------------------------------------------------------------X

Case No.     1:21-cv-5411

**NOTICE OF**
**CROSS-MOTION**

      PLEASE TAKE NOTICE that upon the Declaration of Damon Dash, sworn to on June 25, 2021 (along with all exhibit attached thereto) and the accompanying Memorandum of Law , Defendant Damon Dash will move this Court, before Judge John P. Cronan at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York, 10601 on July 1, 2021 at 10:00AM or another date and time designated by the Court, for an Order (i) disqualifying the law firm of Quinn Emanuel Urquhart & Sullivan LLP due to its conflicts of interests as defined by Rule 1.7 of the Rules of Professional Conduct; and (ii) such other just and equitable relief that this Court deems fair.

Dated: June 25, 2021
      Brooklyn, NY

                      **TURTURRO LAW, P.C.**
                      By/s/Natraj S. Bhushan
                      Natraj S. Bhushan, Esquire.
                      1602 McDonald Avenue,
                      Brooklyn, NY11230
                      Tel.: 718-384-2323
                      Email: Natraj@turturrolawpc.com


                      *-and-*

2

**THE HOWARD LAW FIRM, P.C.**
By/s/Eric Howard
244 5th Avenue,
New York, NY 10001
Tel: 646-820-5291
Email:Eric@erichowardlaw.com
*Attorneys for Defendant*

*To (via ECF): counsel for all party*