UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ROC-A-FELLA RECORDS, INC.,                              :
:
                Plaintiff,                                 :
:      21-CV-5411 (JPC)
     -v-                                                       :
:      ORDER
DAMON DASH,                                                    :
:
                Defendant.                              :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The show cause hearing scheduled for July 1, 2021 at 10:00 a.m. will be held in person in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

       SO ORDERED.

Dated: June 28, 2021
       New York, New York

                                                    JOHN P. CRONAN
                                      United States District Judge