UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROC-A-FELLA RECORDS, INC.,

    Plaintiff,

-v-              21-CV-5411 (JPC)

DAMON DASH,        ORDER

    Defendant.

---

JOHN P. CRONAN, United States District Judge:

  By 12:00 p.m. on June 30, 2021, Defendant shall file a letter-response to Plaintiff's requests to adjourn the show cause hearing scheduled for July 1, 2021 at 10:00 a.m. *See* Dkts. 17, 21.

  SO ORDERED.

Dated: June 29, 2021
    New York, New York

                    JOHN P. CRONAN
                   United States District Judge