UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROC-A-FELLA RECORDS, INC.,

        PLAINTIFF,

-AGAINST-

DAMON DASH,

        DEFENDANT.

Case No. 1:21-cv-05411-JPC

Hon. John P. Cronan

**STIPULATION AND**
**[PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED between plaintiff Roc-A-Fella Records, Inc. ("RAF, Inc.") and defendant Damon Dash ("Dash") (collectively, the "Parties") that, pending a final resolution of this action, Dash, all those in active concert with him, and all persons having notice of this Order by personal service or otherwise, be and the same hereby are RESTRAINED AND ENJOINED from altering in any way, selling, assigning, pledging, encumbering, contracting with regard to, or in any way disposing of any property interest in Reasonable Doubt, including its copyright and including through any means, such as auctioning a non-fungible token ("NFT") reflecting, referring, or directing to such interest; provided, however, that nothing in this Stipulation shall prevent Dash from selling, assigning, pledging, encumbering, contracting with regard to, or in any way disposing of his one-third (1/3rd) ownership interest in RAF, Inc., to the extent it may otherwise be transferred in compliance with applicable laws. Nothing in this

Stipulation shall constitute a waiver of any claims, defenses, or remedies that either of the Parties may have.

Accordingly, IT IS HEREBY ORDERED that, pending a final resolution of this action, Dash, all those in active concert with him, and all persons having notice of this Order by personal service or otherwise, be and the same hereby are RESTRAINED AND ENJOINED from altering in any way, selling, assigning, pledging, encumbering, contracting with regard to, or in any way disposing of any property interest in Reasonable Doubt, including its copyright and including through any means, such as auctioning a non-fungible token ("NFT") reflecting, referring, or directing to such interest; provided, however, that nothing in this Order shall prevent Dash from selling, assigning, pledging, encumbering, contracting with regard to, or in any way disposing of his one-third (1/3rd) ownership interest in RAF, Inc. to the extent it may otherwise be transferred in compliance with applicable laws.  Nothing in this Order shall constitute a waiver of any claims, defenses, or remedies that either of the Parties may have.

Dated: July 1, 2021
New York, New York

                      **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                      By: /s/ Alex Spiro
                            Alex Spiro
                            Luke Nikas
                            Paul B. Maslo
                            51 Madison Avenue, 22nd Floor
                            New York, NY 10010
                            Telephone: (212) 849-7000
                            alexspiro@quinnemanuel.com
                            lukenikas@quinnemanuel.com
                            paulmaslo@quinnemanuel.com

                            *Attorneys for RAF, Inc.*

Dated: July 1, 2021
New York, New York

                                    **TURTURRO LAW, P.C.**

By: _____
                                    Natraj S. Bhushan, Esquire
                                    1602 McDonald Avenue
                                    Brooklyn, NY 11230
                                    Telephone: (718) 384-2323
                                    natraj@turturrolawpc.com

                                    *Attorneys for Damon Dash*

**IT IS SO ORDERED.**

Dated: New York, New York
       July ____, 2021

                                    _____

                                    Judge John P. Cronan
                                    U.S. District Court for the Southern District
                                    of New York