UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROC-A-FELLA RECORDS, INC.,

              PLAINTIFF,

  -AGAINST-

DAMON DASH,

              DEFENDANT.

Case No. 1:21-cv-05411-JPC

Hon. John P. Cronan

**STIPULATION AND
[PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED between plaintiff Roc-A-Fella Records, Inc. ("RAF, Inc.") and defendant Damon Dash ("Dash") (collectively, the "Parties") that, pending a final resolution of this action, Dash, all those in active concert with him, and all persons having notice of this Order by personal service or otherwise, be and the same hereby are RESTRAINED AND ENJOINED from altering in any way, selling, assigning, pledging, encumbering, contracting with regard to, or in any way disposing of any property interest in Reasonable Doubt, including its copyright and including through any means, such as auctioning a non-fungible token ("NFT") reflecting, referring, or directing to such interest; provided, however, that nothing in this Stipulation shall prevent Dash from selling, assigning, pledging, encumbering, contracting with regard to, or in any way disposing of his one-third (1/3rd) ownership interest in RAF, Inc., to the extent it may otherwise be transferred in compliance with applicable laws. Nothing in this

Stipulation shall constitute a waiver of any claims, defenses, or remedies that either of the Parties may have.

Accordingly, IT IS HEREBY ORDERED that, pending a final resolution of this action, Dash, all those in active concert with him, and all persons having notice of this Order by personal service or otherwise, be and the same hereby are RESTRAINED AND ENJOINED from altering in any way, selling, assigning, pledging, encumbering, contracting with regard to, or in any way disposing of any property interest in Reasonable Doubt, including its copyright and including through any means, such as auctioning a non-fungible token ("NFT") reflecting, referring, or directing to such interest; provided, however, that nothing in this Order shall prevent Dash from selling, assigning, pledging, encumbering, contracting with regard to, or in any way disposing of his one-third (1/3rd) ownership interest in RAF, Inc. to the extent it may otherwise be transferred in compliance with applicable laws.  Nothing in this Order shall constitute a waiver of any claims, defenses, or remedies that either of the Parties may have.

Dated: July 1, 2021
New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Alex Spiro _____
      Alex Spiro
      Luke Nikas
      Paul B. Maslo
      51 Madison Avenue, 22nd Floor
      New York, NY 10010
      Telephone: (212) 849-7000
      alexspiro@quinnemanuel.com
      lukenikas@quinnemanuel.com
      paulmaslo@quinnemanuel.com

      *Attorneys for RAF, Inc.*

Dated: July 1, 2021
New York, New York

**TURTURRO LAW, P.C.**

By:_____

        Natraj S. Bhushan, Esquire
        1602 McDonald Avenue
        Brooklyn, NY 11230
        Telephone: (718) 384-2323
        natraj@turturrolawpc.com

        *Attorneys for Damon Dash*

**IT IS SO ORDERED.**

Dated: New York, New York
     July __1__, 2021

_____
Judge John P. Cronan
U.S. District Court for the Southern District
of New York

3