```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ROC-A-FELLA RECORDS, INC.,                                        :
                                                                  :
                          Plaintiff,                              :
                                                                  :         21-CV-5411 (JPC)
              -v-                                                 :
                                                                  :              ORDER
DAMON DASH,                                                       :
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hold a conference to address Defendant's emergency motion for a temporary restraining order, Dkt. 33, on July 16, 2021 at 3:30 p.m. The conference shall take place via telephone. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

If Plaintiff would like to respond to Defendant's motion in writing, it should do so by 3:00 p.m. today. In the alternative, the Court will also welcome Plaintiff's response at the conference.

SO ORDERED.

Dated: July 16, 2021
       New York, New York
                                              _____
                                                    JOHN P. CRONAN
                                               United States District Judge