

**Main Brooklyn Office**
1602 McDonald Avenue, Brooklyn, NY 11230

**Phone:** (718) 384-2323 ● **Fax:** (718) 384-2555 ● **E-Mail:** natraj@turturrolawpc.com ● www.turturrolawpc.com

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Paulina Bellantonio, Esq. (Associate)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

The conference scheduled for July 28, 2021 at 11:00 a.m. is adjourned to July 29, 2021 at 12:00 p.m.

July 26, 2021

*Via ECF*

SO ORDERED.
Date: July 27, 2021
New York, New York

Hon. John P. Cronan, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

JOHN P. CRONAN
United States District Judge

        **Re:**   Roc-A-Fella Records, Inc. v. Damon Dash
        **Docket No.:** 21-CV-5411
        **Subject:** LETTER MOTION REQUESTING ADJOURNMENT OF CONFERENCE SCHEDULED FOR JULY 29, 2021

Dear Judge Cronan,

The undersigned is counsel for defendant Damon Dash in this matter. The letter motion is being submitted pursuant to your Honor's Individual Rules of Practice (3) (B) to adjourn the conference presently scheduled for July 29, 2021 at 11:00AM ("Conference").

The basis for the adjournment is that the undersigned will be engaged in an oral argument in the Supreme Court of the State of New York, New York County on the date and time of the Conference. I have conferred with Plaintiff's counsel and propose the following dates and times for the conference if the Court is available: morning of July 29, 2021 (9:30-1pm), August 5, 2021 (anytime) and August 6, 2021 (anytime).

This is the first request for an adjournment and the Plaintiff's counsel has no objection to this request.

For the foregoing reasons, it is respectfully requested that this motion be granted and the Conference adjourned.

Respectfully submitted,
**TURTURRO LAW, P.C.**
By: /s/ Natraj S. Bhushan

To (via ECF): Alex Spiro, Esq., Paul Maslo, Esq., and Luke Nikas, Esq.
*Attorneys for the Plaintiff*