UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ROC-A-FELLA RECORDS, INC.,                                             :
                                                                       :
                               Plaintiff,                              :
                                                                       :    21 Civ. 5411 (JPC)
                -v-                                                    :
                                                                       :    ORDER
DAMON DASH, *et al.*,                                                  :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On April 1, 2022, the parties filed a joint status letter asking to file another joint status letter by April 8, 2022 because "the parties remain in the process of meeting and conferring to determine whether they can reach a stipulation that would obviate the need for Roc-A-Fella Records, Inc . . . to file [a] summary judgment motion." Dkt. 68. On April 4, 2022, the Court granted the request and ordered the parties to "file a joint status letter" by April 8, 2022 "[i]f this case remains unresolved" by that date. Dkt. 69. This case remains pending, and the parties have not filed a joint status letter. By April 25, 2022, the parties shall file a joint status letter as outlined in the April 4 Order.

      SO ORDERED.

Dated: April 20, 2022
      New York, New York
                                                                     JOHN P. CRONAN
                                                                     United States District Judge