**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7364

WRITER'S EMAIL ADDRESS
alexspiro@quinnemanuel.com

May 2, 2022

**VIA ECF**

Honorable John P. Cronan
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312
212-805-0218

Re:   Joint Status Letter in *Roc-A-Fella Records, Inc. v. Dash*, Case No. 1:21-cv-05411-JPC

Dear Judge John P. Cronan:

The parties submit this Joint Status Letter pursuant to the Court's April 26, 2022 Order. (ECF No. 73.) The parties are continuing to meet and confer regarding RAF, Inc.'s claims against Damon Dash. To this end, the parties respectfully request that the Court order that the parties file a subsequent Joint Status Letter on or before **May 9, 2022**.

I have been authorized to file this letter on behalf of Defendant Damon Dash.

Respectfully submitted,

/s/ Alex Spiro

Alex Spiro

This request is granted. The parties shall file a joint status letter by May 9, 2022.

SO ORDERED.
Date: May 3, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH