**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

June 16, 2022

<u>**VIA ECF**</u>

Honorable John P. Cronan
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312
212-805-0218

Re:   *Roc-A-Fella Records, Inc. v. Dash*, Case No. 1:21-cv-05411-JPC

Dear Judge John P. Cronan:

I am unavailable at the time the Court has set for a teleconference to discuss the Proposed Final Judgment—today, June 16, 2022, at 1:15 p.m.  I am available tomorrow or next week to discuss the Proposed Final Judgment.  Accordingly, I respectfully request that the Court continue the teleconference to tomorrow, Friday, June 17, or a later date on which the Court is available.

Respectfully submitted,

*/s/ Alex Spiro*

Alex Spiro

> The Court adjourns the conference scheduled for June 16, 2022 until June 21, 2022 at 10:30 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 83.
>
> SO ORDERED.
>
> Date: June 16, 2022                                   _____
>         New York, New York                       JOHN P. CRONAN
>                                                                 United States District Judge

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH